[No. 12562.   *En Banc.*   March 22, 1915.]

Great Northern Railway Company, *Appellant*, v. The State of Washington *et al.*, *Respondents.*[1]

Appeal from a judgment of the superior court for Thurston county, Claypool, J., entered October 1, 1914, dismissing an action to recover taxes paid under protest, upon sustaining a demurrer to the complaint. Affirmed.

*F. V. Brown* and *F. G. Dorety*, for appellant.

*The Attorney General* and *Edward W. Allen, Assistant*, for respondents.

Per Curiam.—This case was heard in the superior court and also upon appeal in this court with that of *Northern Pac. R. Co. v. State, ante* p. 510, 147 Pac. 45. The same questions are presented in both cases. We affirm the judgment of the superior court in this case upon the same grounds assigned in our decision in that case.

[1]Reported in 147 Pac. 57.